Dr. E. LaMothe et al., plaintiffs in error, v. William S. Hoover et al., defendants in error. Gen. No. 30,290.

Bill to compel payment to receiver of corporation certain funds collected upon stock subscriptions. Decree for receiver. Error to the Circuit Court of Cook county; the Hon. Francis S. Wilson, Judge, presiding. Heard in the second division of this court for the first

district at the October term, 1925.   Affirmed.   Opinion filed March 16, 1926.

C. H. McDermott and Irene M. Lefkow, for plaintiffs in error. Binkley & Mooney, for defendants in error.

Mr. Justice Fitch delivered the opinion of the court.